Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:                                                                              Bankruptcy Case No.: 21−22060−TPA

Chapter: 13

**Regina M Hahn**
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 29, 2021**.

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

    Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                             Michael R. Rhodes
  U.S. Bankruptcy Court                                                          *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 9/21/21

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Regina M Hahn  
    Debtor

Case No. 21-22060-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 21, 2021     Form ID: 154A     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M Hahn, 118 Squirrel Hollow Road, Gibsonia, PA 15044-7924 |
| 15412210 | + | Convergent Outsourcing, Inc., P.O. Box 9021, Renton, WA 98057-9021 |
| 15412214 | | Designed Receivable Solutions, 10883 Valley View Street, Cypress, CA 90630 |
| 15412215 | + | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15412218 | ++ | PLAINS COMMERCE BANK, PO BOX 7, HOVEN SD 57450-0007 address filed with court:, Plains Commerce Bank, 220 Main Street, Hoven, SD 57450 |
| 15412219 | + | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15412221 | + | TBOM, P.O. Box 8099, Newark, DE 19714-8099 |
| 15412223 | + | Webbank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15412207 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 21 2021 23:07:00 | CB Indigo/GF, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15412212 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2021 23:19:11 | CW Nexus, 101 Crossways Park Drive West, Woodbury, NY 11797-2020 |
| 15412206 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 21 2021 23:19:11 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15412208 | + | Email/Text: mediamanagers@clientservices.com | Sep 21 2021 23:07:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 15412209 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 21 2021 23:07:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15412211 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 23:19:12 | Credit One Bank N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15412213 | + | Email/PDF: pa_dc_ed@navient.com | Sep 21 2021 23:19:15 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15412216 | + | Email/Text: bankruptcy@sccompanies.com | Sep 21 2021 23:07:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15412217 | + | Email/PDF: pa_dc_claims@navient.com | Sep 21 2021 23:19:12 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15412220 | + | Email/Text: bankruptcy@sccompanies.com | Sep 21 2021 23:07:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15412222 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2021 23:07:00 | TBOM/Fortiva, P.O. Box105555, Atlanta, GA 30348-5555 |

TOTAL: 11

District/off: 0315-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 21, 2021 | Form ID: 154A | Total Noticed: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Regina M Hahn dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3