**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Regina M. Hahn                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-22060 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backed Certificates, Series 2005-2 and index same on the master mailing list.

    Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
24 Sep 2021, 08:51:43, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 4c1f7f3e2671d51ff8684f1c9ebb8fe848d62dfeeecfce5771d36e12640bfd04