Certificate Number: 02998-PAW-DE-036058955

Bankruptcy Case Number: 21-22060



02998-PAW-DE-036058955

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 12, 2021</u>, at <u>3:17</u> o'clock <u>PM EDT</u>, <u>Regina Marie Hahn</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 12, 2021</u>          By:     <u>/s/Terri Everett</u>

                                       Name:   <u>Terri Everett</u>

                                       Title:  <u>Counselor</u>