# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-22060-TPA |
| | : | |
| Regina M. Hahn, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

NONE


Next Payment Advice Expected (post-filing):

NONE

K.V.

HAHN, REGINA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-22060-TPA |
| | : | |
| Regina M. Hahn, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Regina M. Hahn, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Regina M. Hahn, hereby state as follows:

1.) I am retired; therefore, I am unable to provide the prior (6) six-months pay advices.
2.) I receive social security benefits in the amount of $1,745.00 per month.
3.) I was not required to file 2019 tax returns; therefore, I am unable to submit the same to the Trustee.
4.) I was required to file 2020 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date:   October 12, 2021            /s/ Regina M. Hahn
                                    Debtor