## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22060-TPA |
|     Regina M. Hahn, | : | Chapter 13 |
|         Debtor | : | |
| | : | Related to Document No. 29 |
| Regina M. Hahn, | : | |
|         Movant | : | |
| | : | |
|         v. | : | |
| | : | |
| Select Portfolio Servicing. Inc, | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## LOSS MITIGATION ORDER

A **Motion for Loss Mitigation** was filed by <u>Regina M. Hahn</u> on <u>November 22, 2021</u>. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this <u>8th</u> day of <u>December</u>, *2021,* it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtors:    <u>Regina M. Hahn</u>

    Creditor:    <u>Select Portfolio Servicing. Inc.</u>

(2)    ***During the Loss Mitigation Period***, the Debtors shall make (or cause to be made) adequate protection payments in the amount of **$690.00** per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtors shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtors shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Regina M. Hahn  
    Debtor

Case No. 21-22060-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Dec 08, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Regina M. Hahn, 118 Squirrel Hollow Road, Gibsonia, PA 15044-7924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

Daniel P. Foster  
    on behalf of Debtor Regina M. Hahn dan@mrdebtbuster.com  
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Maria Miksich  
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Tru mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6