## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22060-TPA |
|    Regina M. Hahn, | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Document No. 30 |
| Regina M. Hahn, | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| Select Portfolio Servicing. Inc, | : | |
| | : | |
|    AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|       Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Loss Mitigation Order* by US Mail, Postage Prepaid, and/or Electronic-Mail, ECF on the parties below*.

Executed on: December 13, 2021          By: /s/ Kathryn Schwartz
                                                    KATHRYN SCHWARTZ, PARALEGAL
                                                    FOSTER LAW OFFICES
                                                    1210 PARK AVENUE
                                                    Meadville, PA 16335
                                                    Tel 814.724.1165
                                                    Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Regina M. Hahn
118 Squirrel Hollow Road
Gibsonia, PA 15944
*Service via US Mail*

Select Portfolio Servicing, Inc,
P.O. Box 65250
Salt Lake City, UT 84165-0250
*Service via US Mail*