# Loss Mitigation Final Report

**Debtors:**          Regina M. Hahn     **Case No:**  21-22060
**Loan No:**          *******725         **Judge**:    Judge Agresti
**Debtor Attorney:**  Daniel P. Foster   **Ch:**       13

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **12/13/2021**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **12/14/2021**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

> **Request 1**
> The Request was filed on **11/22/2021** at docket no. **29**
> The Creditor Name on the Request is **Select Portfolio Servicing, Inc.**
> The Creditor Name as registered on the Portal is **Select Portfolio Servicing**
> Request denied or ordered to be re-filed? **No**
> Loss Mitigation Order **was** filed
>     Order filed on **12/10/2021** at docket no. **30**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 0

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

# Deadline Extensions

**Deadline Extensions Filed:** 0

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

# Results

**Trial Loan Modification:**

There **was not** a Trial Loan Modification
An Interim Mortgage Modification Order **was not** issued

**Outcome:**

The outcome of the LMP was **Modification Denied**
Details and Terms: N/A

**I have reviewed the details set forth above. I, Daniel P. Foster, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Daniel P. Foster
Attorney ID# PA 92376
Email Address: dan@mrdebtbuster.com
1210 Park Avenue, Meadville, PA 16335
814-724-1165
Attorney for: Regina M. Hahn

Date Report Completed: 01/31/2022