FORM JCM 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 21-22060-JCM |
| | : | |
| **Regina M. Hahn,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 56 |
| **Regina M. Hahn,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 20, 2025 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on November 12, 2025 at 2:00 P.M. before Judge John C. Melaragno in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>October 3, 2025</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Notice of Hearing with Response Deadline on Debtor's Motion to Dismiss Chapter 13 Case* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: October 3, 2025                                  *By: /s/ Caitlyn Campbell*
                                                                                        Caitlyn Campbell, PARALEGAL
                                                                                        FOSTER LAW OFFICES
                                                                                        1210 Park Avenue
                                                                                        Meadville, PA 16335
                                                                                        Tel 814.724.1165
                                                                                        Fax 814.724.115

```
Label Matrix for local noticing          Duquesne Light Company                   Peoples Natural Gas Company LLC
0315-2                                   c/o Bernstein-Burkley, P.C.              GRB Law
Case 21-22060-JCM                        601 Grant Street, 9th Floor              Frick Building
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-4430                437 Grant Street, 14th Floor
Pittsburgh                                                                        Pittsburgh, PA 15219-6101
Fri Oct  3 13:49:33 EDT 2025

2                                        American Express National Bank           CB Indigo/GF
U.S. Bankruptcy Court                    c/o Becket and Lee LLP                   P.O. Box 4499
5414 U.S. Steel Tower                    PO Box 3001                              Beaverton, OR 97076-4499
600 Grant Street                         Malvern  PA 19355-0701
Pittsburgh, PA 15219-2703


CW Nexus                                 CW Nexus Credit Card Holdings 1, LLC     Capital One Bank (USA), N.A.
101 Crossways Park Drive West            Resurgent Capital Services               by American InfoSource as agent
Woodbury, NY 11797-2020                  PO Box 10368                             PO Box 71083
                                         Greenville, SC 29603-0368                Charlotte, NC  28272-1083


Capital One Bank USA                     Client Services, Inc.                    Comenity Bank/Victoria's Secret
P.O. Box 31293                           3451 Harry S. Truman Boulevard           P.O. Box 182789
Salt Lake City, UT 84131-0293            Saint Charles, MO 63301-9816             Columbus, OH 43218-2789


Convergent Outsourcing, Inc.             Credit One Bank N.A.                     Department of Education/Navient
P.O. Box 9021                            P.O. Box 98872                           P.O. Box 9635
Renton, WA 98057-9021                    Las Vegas, NV 89193-8872                 Wilkes Barre, PA 18773-9635


Designed Receivable Solutions            First Premier Bank                       LVNV Funding, LLC
10883 Valley View Street                 3820 North Louise Avenue                 Resurgent Capital Services
Cypress, CA 90630                        Sioux Falls, SD 57107-0145               PO Box 10587
                                                                                  Greenville, SC 29603-0587


Montgomery Ward                          Navient                                  Navient Solutions, LLC. on behalf of
1112 7th Avenue                          P.O. Box 9500                            Department of Education Loan Services
Monroe, WI 53566-1364                    Wilkes Barre, PA 18773-9500              PO BOX 9635
                                                                                  Wilkes-Barre, PA 18773-9635


Office of the United States Trustee      PYOD, LLC                                (p)PLAINS COMMERCE BANK
1000 Liberty Avenue                      Resurgent Capital Services               PO BOX 7
Suite 1316                               PO Box 19008                             HOVEN SD 57450-0007
Pittsburgh, PA 15222-4013                Greenville, SC 29602-9008


Quantum3 Group LLC as agent for          Select Portfolio Servicing, Inc.         Swiss Colony
Genesis FS Card Services Inc             P.O. Box 65250                           1112 7th Avenue
PO Box 788                               Salt Lake City, UT 84165-0250            Monroe, WI 53566-1364
Kirkland, WA  98083-0788


(p)CONTINENTAL FINANCE COMPANY           TBOM/Fortiva                             U.S. Bank NA, successor trustee at. el
PO BOX 3220                              P.O. Box105555                           c/o Select Portfolio Servicing, Inc.
BUFFALO NY 14240-3220                    Atlanta, GA 30348-5555                   P.O. Box 65250
                                                                                  Salt Lake City UT 84165-0250
```

```
Webbank/Fingerhut                    Daniel P. Foster                      Regina M. Hahn
13300 Pioneer Trail                  Foster Law Offices                    118 Squirrel Hollow Road
Eden Prairie, MN 55347-4120          1210 Park Avenue                      Gibsonia, PA 15044-7924
                                     Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Plains Commerce Bank                 TBOM
220 Main Street                      P.O. Box 8099
Hoven, SD 57450                      Newark, DE 19714
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank NA, successor trustee to Bank of    (u)U.S. Bank Trust Company, National Associat    (d)Duquesne Light Company
                                                                                                  c/o Bernstein-Burkley, P.C.
                                                                                                  601 Grant Street, 9th Floor
                                                                                                  Pittsburgh, PA 15219-4430


End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```