IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 21-22060-JCM |
| | : | |
| Regina M. Hahn, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 56 |
| Regina M. Hahn, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE, filed on October 3, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than October 20, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: October 21, 2025

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection regarding Debtor's Motion to Dismiss Chapter 13 Case by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **October 21, 2025**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-22060-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Oct  3 13:49:33 EDT 2025 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Peoples Natural Gas Company LLC<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | CB Indigo/GF<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| CW Nexus<br>101 Crossways Park Drive West<br>Woodbury, NY 11797-2020 | CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank USA<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 | Client Services, Inc.<br>3451 Harry S. Truman Boulevard<br>Saint Charles, MO 63301-9816 | Comenity Bank/Victoria's Secret<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Convergent Outsourcing, Inc.<br>P.O. Box 9021<br>Renton, WA 98057-9021 | Credit One Bank N.A.<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | Department of Education/Navient<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Designed Receivable Solutions<br>10883 Valley View Street<br>Cypress, CA 90630 | First Premier Bank<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107-0145 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PLAINS COMMERCE BANK<br>PO BOX 7<br>HOVEN SD 57450-0007 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | TBOM/Fortiva<br>P.O. Box105555<br>Atlanta, GA 30348-5555 | U.S. Bank NA, successor trustee at. el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |

```
Webbank/Fingerhut                Daniel P. Foster                Regina M. Hahn
13300 Pioneer Trail              Foster Law Offices              118 Squirrel Hollow Road
Eden Prairie, MN 55347-4120      1210 Park Avenue                Gibsonia, PA 15044-7924
                                 Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Plains Commerce Bank             TBOM
220 Main Street                  P.O. Box 8099
Hoven, SD 57450                  Newark, DE 19714
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank NA, successor trustee to Bank of    (u)U.S. Bank Trust Company, National Associat    (d)Duquesne Light Company
                                                                                                 c/o Bernstein-Burkley, P.C.
                                                                                                 601 Grant Street, 9th Floor
                                                                                                 Pittsburgh, PA 15219-4430
```

```
End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```