**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> REGINA M HAHN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:21-22060 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2021 and confirmed on 11/10/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,405.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,405.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,040.00 | |
|     Trustee Fee | 4,125.02 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,165.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA SUCCESSOR TRUSTEE ET A <br>   Acct: 0725 | 0.00 | 51,623.50 | 0.00 | 51,623.50 |
| US BANK NA SUCCESSOR TRUSTEE ET A <br>   Acct: 0725 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA SUCCESSOR TRUSTEE ET A <br>   Acct: 0725 | 28,596.29 | 15,366.48 | 0.00 | 15,366.48 |
| | | | | 66,989.98 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| REGINA M HAHN <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** <br>   Acct: | 4,040.00 | 4,040.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** <br>   Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** <br>   Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |

| 21-22060 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 0.00 | 1,250.00 | 0.00 | 1,250.00 |
| Acct: 6738 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 432.78 | 0.00 | 0.00 | 0.00 |
| Acct: 8699 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 249.54 | 0.00 | 0.00 | 0.00 |
| Acct: 7377 | | | | |
| LVNV FUNDING LLC | 528.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8013 | | | | |
| CW NEXUS CREDIT CARD HOLDINGS I LL | 814.35 | 0.00 | 0.00 | 0.00 |
| Acct: 6297 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4188 | | | | |
| MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8290 | | | | |
| PYOD LLC | 4,513.46 | 0.00 | 0.00 | 0.00 |
| Acct: 8758 | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8037 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,430.74 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 314.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2754 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONVERGENT OUTSOURCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,250.00 |

TOTAL PAID TO CREDITORS                                                68,239.98

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        28,596.29
  UNSECURED       8.283.38

Date: 11/06/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com