**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Regina M. Hahn<br>                        Debtor(s)<br><br>U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backed Certificates, Series 2005-2<br>                        Movant<br>vs.<br><br>Regina M. Hahn<br>                        Debtor(s)<br><br>Ronda J. Winnecour,<br>                        Trustee | BK NO. 21-22060 TPA<br><br>Chapter 13<br><br>Related to Claim No. 9 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 20, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Regina M. Hahn
118 Squirrel Holw Road
Gibsonia, PA 15044-0000

<u>Attorney for Debtor(s)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>July 20, 2022</u>

                                                      **/s/Brian C. Nicholas Esquire**
                                                      Brian C. Nicholas Esquire
                                                      Attorney I.D. 317240
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      201-549-5366
                                                      bnicholas@kmllawgroup.com